**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

EVER RIOS-NUNEZ,

                 Petitioner,

v.

UNITED STATES OF AMERICA,

                 Respondent.

Case No. 26-cv-103 (LMP/EMB)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard. ECF No. 3. The R&R recommends dismissing Petitioner Ever Rios-Nunez's petition for a writ of habeas corpus (ECF No. 1) pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute following his failure to pay the filing fee to bring this case. *Id.* at 1. The R&R notes that Rios-Nunez was warned that his petition could be dismissed if he did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") by January 23, 2026, but Rios-Nunez has not paid the filing fee, submitted an IFP application, or otherwise communicated with the Court. *Id.*

Rios-Nunez did not file objections to the R&R, so the Court reviews it for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error and adopts it in full.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.   The R&R (ECF No. 3) is **ADOPTED**; and

2.   Rios-Nunez's Petition for Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2026                  *s/Laura M. Provinzino*
                                       Laura M. Provinzino
                                       United States District Judge